**Exhibit A to the Complaint**

**Location:** Hicksville, NY  
**Total Works Infringed:** 25

**IP Address:** 108.21.212.23  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 12/02/2017 14:56:41 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | Vixen | 12/02/2017 05:18:57 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 3 | 039F4779148D3E374D990283A83AC46A0219DAE9 | Vixen | 12/02/2017 14:51:44 | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 4 | 14D2C680AA1DD5543C0413431AA079A985B0DC73 | Blacked | 10/17/2017 03:00:04 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 5 | 161BB5AD3DECC65C1F8877996A179C3FC500E748 | Blacked Ra | 11/17/2017 02:30:24 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 6 | 1630D7C6E6B40F13EB1F086AD58EDD30022DD250 | Tushy | 12/02/2017 04:55:06 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 7 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 12/02/2017 05:30:33 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 8 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 12/02/2017 05:48:43 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 9 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 12/02/2017 05:53:31 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 10 | 38086EB35F3D3C9574AB3DBF13539EED2AF01EA4 | Blacked | 11/17/2017 02:16:16 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 11 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 12/13/2017 04:53:23 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 12 | 6A486981622EAC00D5B3A8736FCD1A633977303D | Blacked Ra | 11/17/2017 03:55:07 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 13 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 11/17/2017 02:25:43 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 14 | 973306499CCF5C90FB3899481EE9FDB896D23743 | Blacked | 12/14/2017 04:01:18 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 15 | 990994F89690F9A3E78614F2186AEB2765478D4D | Blacked | 10/17/2017 02:57:16 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 16 | 9B1D4E6EDB376127974B73030DAF596A03F134ED | Tushy | 12/02/2017 04:52:24 | 10/18/2017 | 11/15/2017 | 16016503463 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 9D1114F2ED6D94B73577B2D61F135B08A65E782D | Blacked | 11/17/2017 02:14:58 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 18 | B707512E8E5AFBF298A9B9F8654E2BB535D1CCE7 | Vixen | 12/02/2017 15:12:15 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 19 | B9266888029C4F2FE729EC54F40765EDAC6C4DAB | Vixen | 12/02/2017 06:20:57 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 20 | C5801933E35BCD594B73AAAC656A63F1A5CA8E8B | Blacked | 12/14/2017 04:03:09 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 21 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 12/02/2017 06:02:30 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 22 | E13DF1C4B0B6D03FB52E1B5B4A384F331B4EA5C1 | Blacked | 10/17/2017 03:14:10 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 23 | EDFFBF6D52CB081D6B7B30E0EA6CF24FAFA5D0C7 | Tushy | 12/02/2017 05:03:32 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 24 | EF485D5F3AE56A95C100904DCBEFECAB1CAB8D8B | Blacked | 10/17/2017 02:58:50 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 25 | FB53F3EECB506F8A44A81683849E6F2D11533EA7 | Vixen | 12/02/2017 15:28:15 | 08/22/2017 | 09/07/2017 | PA0002052852 |